In the Matter of the Claim of Louise Von Borstel, Respondent, against Central Hudson Gas and Electric Co., Employer; Utilities Mutual Insurance Company, Appellant, and Aggregate Trust Fund (State Insurance Fund), Respondent. Workmen's Compensation Board, Respondent.— 

 Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See *ante*, p. 175.]

In the Matter of the Claims of Alfred D. Barnes et al., Appellants. Edward Corsi, as Industrial Commissioner, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See *ante*, p. 910.]

Andrey N. Horooh, Respondent, v. State of New York, Appellant. Lachow Demolition Corporation, Proposed Additional Party-Respondent. (Claim No. 32395.) — 

 Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See *ante*, p. 303.]

The People of the State of New York, Respondent, v. Claude Stuart Jester, Appellant.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See 283 App. Div. 983.]

In the Matter of Edward J. McGraw et al., Petitioners, against Lewis A. Wilson, as Commissioner of Education of the State of New York, Respondent. Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See *ante*, p. 930.]

Edward A. Lipton et al., Appellants, v. Winfield R. Bruce, Respondent.— 

 Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See *ante*, p. 317.]

Junior L. Hollenbeck, Appellant, v. Robert R. Hollenbeck, Respondent. Rosetta Hollenbeck, Appellant, v. Robert R. Hollenbeck, Respondent.— Present — Foster, P. J., Bergan, Coon, Halpern and Zeller, JJ. [See *ante*, p. 937.]